No. 13,802.

CITY OF NEW ORLEANS VS. S. VIDALAT.

A PPEAL from the Second Recorder's Court, City of New Orleans— *Marmouget, J.*

*Samuel L. Gilmore,* City Attorney, and *H. Garland Dupre,* Assistant City Attorney, for Plaintiff, Appellee.

*E. Howard McCaleb, Emile J. Meral* and *E. H. McCaleb, Jr.,* for Defendant, Appellant.

The opinion of the court was delivered by

MONROE, J. The questions presented in this case are included in those considered and determined in the case entitled "The City vs. August Faber," 105 La. p. 208, this day decided. For the reasons assigned in that case, therefore, it is ordered, adjudged and decreed that the verdict and sentence herein appealed from be and the same are hereby affirmed.